IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS W. DAVIS, | Case No. 1:11-cv-00518-MJS (PC) |
| Plaintiff, | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |
| vs. | |
| M. MARTEL, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. In his Complaint, Plaintiff alleges violations of his civil rights by Defendants, all of whom are employed at Mule Creek State Prison. Plaintiff's allegations all stem from acts that occurred at Mule Creek, which is in Amador County. Amador County is in the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), the Court may *sua sponte* transfer a civil action to the appropriate court. Based on the allegations in Plaintiff's Complaint, this action should have been brought in the Sacramento Division and the Court will so order that transfer occur.

///

///

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   March 30, 2011          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE